# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GENE ALLEN,

    Petitioner,

vs.

JACK PALMER, *et al.*,

    Respondents.

3:07-cv-00098-LRH-RAM

**ORDER**

On December 6, 2007, this habeas corpus action was dismissed with prejudice and judgment was entered. (Docket #39, #40). Petitioner filed a notice of appeal on December 26, 2007. (Docket #41). On January 2, 2008, this Court denied petitioner a certificate of appealability. (Docket #42). On February 1, 2008, the United States Court of Appeals for the Ninth Circuit denied petitioner a certificate of appealability. (Docket #45).

Over two years later, petitioner has filed two motions to vacate judgment (Docket #47 and #48) and a motion for a certificate of appealability (Docket #49). Petitioner's motions to vacate judgment are untimely and lack merit. As such, the motions to vacate judgment are denied. This Court has previously denied petitioner's motion for a certificate of appealability. Petitioner's successive motion for a certificate of appealability is also denied.

**IT IS THEREFORE ORDERED** that petitioner's motions to vacate judgment (Docket #47 and #48) are **DENIED.**

///

1    **IT IS FURTHER ORDERED** that petitioner's motion for a certificate of appealability
2 (Docket #49) is **DENIED**.
3    Dated this 24th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2